

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

DEC 12 2023

BONNIE HACKLER
Clerk, U.S. District Court

By_____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>**LEWIS REYNALDI CYPRESS,**<br><br>*Defendant*. | Case No. **CR 23-207 RAW** |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT ONE

### FELON IN POSSESSION OF A FIREARM AND AMMUNITION
### [18 U.S.C. §§ 922(g)(1) & 924(a)(8)]

On or about December 3, 2023, within the Eastern District of Oklahoma, the Defendant,

**LEWIS REYNALDI CYPRESS**, having previously been convicted of a crime punishable by

imprisonment for a term exceeding one year, and knowing of such conviction, did knowingly

possess in and affecting commerce, a firearm, to-wit:

- One (1) SCCY CPX-2, 9mm caliber, semi-automatic pistol, bearing serial number 577097;

- One (1) Marlin, .22 caliber, semi-automatic rifle, serial number 02104271;

- Approximately nine (9) rounds of Blazer Brass 9mm Luger ammunition; and

- Approximately fifteen (15) rounds of .22 caliber CCI ammunition,

which had been shipped and transported in interstate commerce, in violation of Title 18, United

States Code, Sections 922(g)(1) and 924(a)(8).

1

## **FORFEITURE ALLEGATION**
### **[18 U.S.C. § 924(d) & 28 U.S.C. § 2461(c)]**

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461.

Upon conviction of the violations charged in Count One of this Indictment involving violations of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8), the Defendant, **LEWIS REYNALDI CYPRESS**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses, including, but not limited to:

- One (1) SCCY CPX-2, 9mm caliber, semi-automatic pistol, bearing serial number 577097;

- One (1) Marlin, .22 caliber, semi-automatic rifle, serial number 02104271;

- Approximately nine (9) rounds of Blazer Brass 9mm Luger ammunition; and

- Approximately fifteen (15) rounds of .22 caliber CCI ammunition.

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

CHRISTOPHER J. WILSON
United States Attorney

s / Foreperson
FOREPERSON OF THE GRAND JURY

MICHAEL E. ROBINSON, MA BAR # 693574
Assistant United States Attorney

2